APPEAL,GITMO,HABEAS,TYPE−D

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00015−EGS
### *Internal Use Only*

AL−TAMIR v. BIDEN et al  
Assigned to: Judge Emmet G. Sullivan  
 Related Cases: 1:09−cv−01462−EGS  
　　　　　　　　 1:17−cv−01928−EGS  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 01/03/2025  
Jury Demand: None  
Nature of Suit: 530 Prisoner Petition: General (Habeas Corpus)  
Jurisdiction: Federal Question

**Petitioner**

**NASHWAN AL−TAMIR**  
*DETAINEE, U.S. NAVAL STATION, GUANTANAMO BAY*  
*also known as*  
NASHWAN AL−RAMER ABDULRAZZAQ  
*also known as*  
ABDUL HADI AL IRAQI

represented by **Scott Keith Wilson**  
UTAH FEDERAL DEFENDER OFFICE  
46 W Broadway  
Suite 110  
Salt Lake City, UT 84101  
801−524−4010  
Fax: 801−524−4060  
Email: scott_wilson@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Benjamin C. McMurray**  
UTAH FEDERAL DEFENDER OFFICE  
District of Utah  
46 W Broadway  
Suite 110  
Salt Lake City, UT 84101  
801−524−4010  
Fax: 801−524−4060  
Email: benji_mcmurray@fd.org  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**JOE BIDEN**  
*PRESIDENT*

represented by **Andrew I. Warden**  
U.S. DEPARTMENT OF JUSTICE  
1100 L Street NW  
Washington, DC 20005  
(202) 616−5084  
Fax: (202) 616−8470  
Email: andrew.warden@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Julia Alexandra Heiman**

1

        U.S. DEPARTMENT OF JUSTICE
Poc Agostinho, Jean
1100 L St., N.W.
Washington, DC 20530
202−616−8480
Email: julia.heiman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Marcus Henry**
DOJ−CIV
1100 L Street, NW
Room 7500
Washington, DC 20530
202−514−4107
Email: terry.henry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**LLOYD AUSTIN**       represented by    **Andrew I. Warden**
*SECRETARY OF DEFENSE*                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**ANTONY BLINKEN**      represented by    **Andrew I. Warden**
*SECRETARY OF STATE*                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

| | | |
|---|---|---|
| **SUSAN ESCALLIER** <br> *CONVENING AUTHORITY FOR* <br> *MILITARY COMMISSIONS* | represented by | **Andrew I. Warden** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Julia Alexandra Heiman** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Terry Marcus Henry** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **STEVEN KANE** <br> *COMMANDER JOINT DETENTION* <br> *FORCE, U.S. NAVAL STATION,* <br> *GUANTANAMO BAY* | represented by | **Andrew I. Warden** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Julia Alexandra Heiman** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Terry Marcus Henry** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2025 | 1 | PETITION FOR WRIT OF HABEAS CORPUS against LLOYD AUSTIN, JOE BIDEN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE (Fee Status:Filing Fee Waived) filed by NASHWAN AL–TAMIR. (Attachments: # 1 Exhibit 1 – Offer for Pretrial Agreement, # 2 Exhibit 2 – Charge Sheet, # 3 Exhibit 3 – Declaration of Susan M. Hensler, # 4 Exhibit 4 – Appendix to Pretrial Agreement, # 5 Exhibit 5 – Addendum to Pretrial Agreement, # 6 Exhibit 6 – Civil Cover Sheet, # 7 Exhibit 7 – Notice of Related Cases, # 8 Exhibit 8 – Index of Exhibits)(McMurray, Benjamin) (Entered: 01/03/2025) |
| 01/03/2025 | 2 | MOTION for Preliminary Injunction by NASHWAN AL–TAMIR. (Attachments: # 1 Exhibit 1 – Offer for Pretrial Agreement, # 2 Exhibit 2 – Appendix A to the Offer for Pretrial Agreement, # 3 Exhibit 3 – Addendum to Pretrial Agreement, # 4 Exhibit 4 – Proposed Order, # 5 Exhibit 5 – Index)(McMurray, Benjamin) (Entered: 01/03/2025) |
| 01/03/2025 | 3 | MOTION to Expedite *Briefing* by NASHWAN AL–TAMIR. (Attachments: # 1 Text of Proposed Order)(McMurray, Benjamin) (Entered: 01/03/2025) |

| | | |
|---|---|---|
| 01/03/2025 | 4 | NOTICE of Appearance by Scott Keith Wilson on behalf of NASHWAN AL–TAMIR (Wilson, Scott) (Entered: 01/03/2025) |
| 01/03/2025 | 5 | REQUEST FOR SUMMONS TO ISSUE filed by NASHWAN AL–TAMIR.(McMurray, Benjamin) (Entered: 01/03/2025) |
| 01/03/2025 | | NOTICE OF NEW CASE ERROR regarding 1 Petition for Writ of Habeas Corpus,,. The following error(s) need correction: Blank/Incomplete/Missing civil cover sheet. Please file the Civil Cover Sheet (JS44) form at www.dcd.uscourts.gov/new–case–forms using the event Civil Cover Sheet. Missing Related Case form. Please use the Notice of Designation of Related Cases (CO 932) form at www.dcd.uscourts.gov/new–case–forms and filing using the event Notice of Related Case. Form filed as fillable PDF. Please file form in a non–fillable PDF format. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (zsl) (Entered: 01/03/2025) |
| 01/03/2025 | 6 | CIVIL COVER SHEET by NASHWAN AL–TAMIR filed by NASHWAN AL–TAMIR.(McMurray, Benjamin) (Entered: 01/03/2025) |
| 01/03/2025 | 7 | NOTICE OF RELATED CASE by NASHWAN AL–TAMIR. Case related to Case No. 1:09–cv–01462 EGS; 1:17–cv–01928–EGS. (McMurray, Benjamin) (Entered: 01/03/2025) |
| 01/03/2025 | | Case Assigned to Judge Emmet G. Sullivan. (zsl) (Entered: 01/03/2025) |
| 01/03/2025 | | MINUTE ORDER directing the government to file its opposition to 3 Motion to Expedite Briefing by no later than 8:00 pm on January 3, 2025. Petitioner shall file any reply by no later than 12:00 pm on January 4, 2025. Signed by Judge Emmet G. Sullivan on 1/3/2025. (lcegs1) (Entered: 01/03/2025) |
| 01/03/2025 | 8 | ENTERED IN ERROR.....CERTIFICATE OF SERVICE by NASHWAN AL–TAMIR re 3 MOTION to Expedite *Briefing*, 1 Petition for Writ of Habeas Corpus,, Order, 2 MOTION for Preliminary Injunction . (McMurray, Benjamin) Modified on 1/21/2025 (zdp). (Entered: 01/03/2025) |
| 01/03/2025 | | Set/Reset Deadlines: Government's Response due by 1/3/2025. Petitioner's Reply due by 1/4/2025. (zalh) (Entered: 01/03/2025) |
| 01/03/2025 | 9 | RESPONSE re 3 MOTION to Expedite *Briefing* filed by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE. (Warden, Andrew) (Entered: 01/03/2025) |
| 01/04/2025 | 10 | REPLY to opposition to motion re 3 Motion to Expedite filed by NASHWAN AL–TAMIR. (McMurray, Benjamin) (Entered: 01/04/2025) |
| 01/04/2025 | | MINUTE ORDER granting 3 Petitioner's Motion for Expedited Briefing. The following deadlines shall govern this matter: (1) Respondents shall respond to Petitioner's 2 Motion for Preliminary Injunction by 5:30 pm on January 8, 2025; and (2) Petitioner shall file his Reply by 5:30 pm on January 9, 2025. The motion hearing shall take place on January 10, 2025 at 2:00 pm. The Court will inform the parties of the location of the motion hearing in a subsequent Minute Order. It is FURTHER ORDERED that Respondents shall file a Notice on the docket by no later than 5:30 pm on January 5, 2025 informing the Court of the date they plan to transfer Petitioner. Signed by Judge Emmet G. Sullivan on 1/4/2025. (lcegs1) (Entered: 01/04/2025) |
| 01/05/2025 | 11 | |

|  |  |  |
|---|---|---|
|  |  | NOTICE *In Response to Courts January 4, 2025 Minute Order* by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE (Henry, Terry) (Entered: 01/05/2025) |
| 01/06/2025 |  | Set/Reset Deadlines/Hearings: Respondents Response To Petitioner's 2 Motion for Preliminary Injunction due not later than 5:30 pm on 1/8/2025. Petitioner Reply due no later than 5:30pm On 1/9/2025. Motion Hearing set for 1/10/2025 at 2:00 PM before Judge Emmet G. Sullivan (mac) (Entered: 01/06/2025) |
| 01/06/2025 | 12 | STANDING ORDER: The parties are directed to read the attached Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan in its entirety upon receipt. The parties are hereby ORDERED to comply with the directives in the attached Standing Order. Signed by Judge Emmet G. Sullivan on 01/06/2025. (Attachment: # 1 Exhibit) (mac) (Entered: 01/06/2025) |
| 01/08/2025 | 13 | Unopposed MOTION for Protective Order by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE. (Attachments: # 1 Exhibit 1– Redline of Prior Order, # 2 Text of Proposed Order Protective Order)(Henry, Terry) (Entered: 01/08/2025) |
| 01/08/2025 | 14 | ORDER granting 13 Motion for Protective Order. Signed by Judge Emmet G. Sullivan on 1/8/2025. (lcegs1) (Entered: 01/08/2025) |
| 01/08/2025 | 15 | SEALED OPPOSITION filed by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE. re 2 Motion for Preliminary Injunction, (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Petitioner's Stipulation of Facts, # 3 Exhibit Declaration, # 4 Text of Proposed Order, # 5 Certificate of Service)(Wiltsie, Ronald) (Entered: 01/08/2025) |
| 01/09/2025 | 16 | NOTICE –– *Supplemental Response to Court's Jan. 4, 2025 Minute Order* by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE re Order on Motion to Expedite,, (Henry, Terry) (Entered: 01/09/2025) |
| 01/09/2025 |  | MINUTE ORDER informing the parties that the hearing scheduled for January 10, 2025 at 2:00 pm will take place in Courtroom 25A. Signed by Judge Emmet G. Sullivan on 1/9/2025. (lcegs1) (Entered: 01/09/2025) |
| 01/09/2025 |  | MINUTE ORDER directing Petitioner to file his reply briefing forthwith. Signed by Judge Emmet G. Sullivan on 1/9/2025. (lcegs1) (Entered: 01/09/2025) |
| 01/09/2025 | 17 | REPLY to opposition to motion re 2 Motion for Preliminary Injunction, filed by NASHWAN AL–TAMIR. (Attachments: # 1 Exhibit Letter from attorney in Iraq, # 2 Exhibit Letter from Amnesty International, # 3 Exhibit Letter from former CIA analyst)(McMurray, Benjamin) (Entered: 01/09/2025) |
| 01/09/2025 |  | MINUTE ORDER: Directing Respondents to file a Sur–Reply addressing any issues raised for the first time in 17 Reply by 12:00 pm on January 10, 2025. There will be no further pleadings.<br><br>It is FURTHER ORDERED that the hearing scheduled for January 10, 2025 is cancelled. The Court has determined that a hearing is not necessary for its decision on Petitioners Motion for Preliminary Injunction. Respondents are FURTHER ORDERED to submit the classified information referred to in 16 Respondents Supplemental Response to Courts January 4, 2024 Minute Order to the Litigation Security Group for filing with the Court FORTHWITH, and no later than 12:00 pm on January 10, 2025. |

| | | |
|---|---|---|
| | | Signed by Judge Emmet G. Sullivan on 1/9/2025. (lcegs3) (Entered: 01/09/2025) |
| 01/10/2025 | 18 | NOTICE *of Filing of Ex Parte Classified Information In Response to the Court's Minute Order Dated January 9, 2025* by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE (Warden, Andrew) (Entered: 01/10/2025) |
| 01/10/2025 | 19 | SEALED OPPOSITION filed by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE. re 2 Motion for Preliminary Injunction, (Henry, Terry) (Entered: 01/10/2025) |
| 01/11/2025 | 20 | ORDER granting 2 Motion for Preliminary Injunction. Signed by Judge Emmet G. Sullivan on 1/11/2025. (lcegs3) (Entered: 01/11/2025) |
| 01/11/2025 | 21 | SEALED MEMORANDUM OPINION re Order 20 . (This document is SEALED and only available to authorized persons.) Signed by Judge Emmet G. Sullivan on 1/11/2025. (zlsj) (Entered: 01/11/2025) |
| 01/11/2025 | | MINUTE ORDER directing the government to file public versions of its sealed opposition filings, ECF No. 15 and ECF No. 19 , on the docket for this case FORTHWITH and by no later than 7 days of todays date. Signed by Judge Emmet G. Sullivan on 1/11/2025. (lcegs3) (Entered: 01/11/2025) |
| 01/18/2025 | 22 | NOTICE *of Filing of Public Versions* by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE (Attachments: # 1 Memorandum Opinion_Public, # 2 PI Opposition_Public, # 3 Sur–reply_Public)(Henry, Terry) (Entered: 01/18/2025) |
| 01/21/2025 | | NOTICE OF ERROR regarding 8 Certificate of Service. The following error(s) need correction: Invalid attorney signature– signature on document must match PACER login. Please refile. (zdp) (Entered: 01/21/2025) |
| 01/24/2025 | 23 | NOTICE of Appearance by Julia Alexandra Heiman on behalf of JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE (Heiman, Julia) (Entered: 01/24/2025) |
| 02/13/2025 | | MINUTE ORDER directing the parties to file a proposed scheduling order by no later than February 27, 2025. Signed by Judge Emmet G. Sullivan on 2/13/2025. (lcegs1) (Entered: 02/13/2025) |
| 02/13/2025 | | Set/Reset Deadlines: Proposed Scheduling Order due by 2/27/2025 (mac) (Entered: 02/13/2025) |
| 02/24/2025 | 24 | Unopposed MOTION for Extension of Time to File *Proposed Scheduling Order* by JOE BIDEN, LLOYD AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE. (Attachments: # 1 Text of Proposed Order)(Heiman, Julia) (Entered: 02/24/2025) |
| 02/25/2025 | | MINUTE ORDER granting 24 unopposed motion for extension of time. The parties shall submit a proposed scheduling order by no later than March 28, 2025. Signed by Judge Emmet G. Sullivan on 2/25/2025. (lcegs1) (Entered: 02/25/2025) |
| 02/26/2025 | | Set/Reset Deadlines: Parties Proposed Scheduling Order due by 3/28/2025. (mac) (Entered: 02/26/2025) |
| 03/11/2025 | 25 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 20 Order on Motion for Preliminary Injunction, 21 Sealed Memorandum Opinion by JOE BIDEN, LLOYD |

|  |  | AUSTIN, ANTONY BLINKEN, SUSAN ESCALLIER, STEVEN KANE. Fee Status: No Fee Paid. Parties have been notified. (Heiman, Julia) (Entered: 03/11/2025) |
|---|---|---|
| 03/12/2025 | 26 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 25 Notice of Appeal to DC Circuit Court,. (zdp) Modified on 3/15/2025 (zjd). (Entered: 03/12/2025) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASHWAN AL-RAMER ABDULRAZZAQ (ISN 10026), | |
| Petitioner, | |
| v. | No. 17-cv-1928 (EGS) |
| DONALD J. TRUMP, *et al.*, | |
| Respondents. | |
| NASHWAN AL-TAMIR (ISN 10026), | |
| Petitioner, | |
| v. | No. 25-cv-0015 (EGS) |
| DONALD J. TRUMP, *et al.*, | |
| Respondents. | |

**NOTICE OF APPEAL**

NOTICE is hereby given that Respondents in the above-referenced matters hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion entered on January 11, 2025, No. 17-cv-1928, ECF Nos. 197, 198; No. 25-cv-0015, ECF Nos. 20, 21.

Dated: March 11, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

1

8

        TERRY M. HENRY
        Assistant Branch Director

        /s/ *Julia A. Heiman*
        JULIA A. HEIMAN (D.C. Bar No. 986228)
        Senior Counsel
        United States Department of Justice
        Civil Division
        Federal Programs Branch
        1100 L Street, NW,
        Washington, D.C. 20530
        Tel: 202-616-8480
        Email: julia.heiman@usdoj.gov

        *Counsel for Respondents*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NASHWAN AL-RAMER ABDULRAZZAQ<br><br>    Petitioner,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Respondents. | Civil Action No. 17-1928 (EGS) |
| NASHWAN AL-TAMIR<br><br>    Petitioner,<br><br>    v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>    Respondents. | Civil Action No. 25-15 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion filed on this day, it is hereby

**ORDERED** that Petitioner's Motion for Preliminary Injunction, ECF No. 183 in 17-cv-1928 and ECF No. 2 in 25-cv-15, is **GRANTED**; and it is further

**ORDERED** that Respondents and their officers, agents, servants, employees, attorneys, and all other persons in active concern or participation with them are **HEREBY ENJOINED** from

1

transferring Mr. al-Tamir to Iraq without his consent until the pending claims are resolved; and it is further

**ORDERED** that the parties shall post a public version of the Memorandum Opinion accompanying this Order on the docket for this case **FORTHWITH** and by no later than within 7 days of the date of this Order.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**January 11, 2025**

2