# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5071**  September Term, 2024

1:17-cv-01928-EGS  
1:25-cv-00015-EGS

Filed On: June 9, 2025 [2119766]

Nashwan al-Ramer Abdulrazzaq,

    Appellee

    v.

Donald J. Trump, President, et al.,

    Appellants

------------------------------

Consolidated with 25-5073

### O R D E R

Upon consideration of appellants' unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | July 23, 2025 |
| Appendix | July 23, 2025 |
| Appellees' Brief | August 22, 2025 |
| Appellants' Reply Brief | September 12, 2025 |

**FOR THE COURT:**  
Clifton B. Cislak, Clerk

BY:  /s/  
Michael C. McGrail  
Deputy Clerk