# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5071**                                                              **September Term, 2024**

1:17-cv-01928-EGS<br>1:25-cv-00015-EGS

**Filed On: July 14, 2025** [2125294]

Nashwan al-Ramer Abdulrazzaq,

    Appellee

    v.

Donald J. Trump, President, et al.,

    Appellants

------------------------------

Consolidated with 25-5073

## O R D E R

    Upon consideration of appellants' unopposed motion to modify the briefing schedule, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---:|
| Appellants' Brief | August 22, 2025 |
| Appendix | August 22, 2025 |
| Appellees' Brief | September 22, 2025 |
| Appellants' Reply Brief | October 14, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Michael C. McGrail
       Deputy Clerk