# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5071**  **September Term, 2024**

1:17-cv-01928-EGS
1:25-cv-00015-EGS

**Filed On: August 12, 2025** [2129727]

Nashwan al-Ramer Abdulrazzaq,

    Appellee

    v.

Donald J. Trump, President, et al.,

    Appellants

------------------------------

Consolidated with 25-5073

## O R D E R

Upon consideration of appellants' unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---:|
| Appellants' Brief | September 22, 2025 |
| Appendix | September 22, 2025 |
| Appellees' Brief | October 22, 2025 |
| Appellants' Reply Brief | November 13, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk