# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5071**            **September Term, 2025**

**1:17-cv-01928-EGS**
**1:25-cv-00015-EGS**

Filed On: September 12, 2025

Nashwan al-Ramer Abdulrazzaq,

    Appellee

    v.

Donald J. Trump, President, et al.,

    Appellants

------------------------------

Consolidated with 25-5073

**O R D E R**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed. No mandate will issue.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

        BY:    /s/
                  Laura M. Morgan
                  Deputy Clerk